Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MARIO JUNIOR GARCIA

United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse (Sacramento)

| | |
|---|---|
| MARIO JUNIOR GARCIA, <br><br> Petitioner, <br> vs. <br><br> CHANCE ANDRES, Warden, San Quentin Rehabilitation Center, San Quentin, California, <br><br> *Respondent,* <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest.* | No. 2:25-cv-03314-DMC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM <br><br> *(Unopposed)* |

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, this court grants petitioner a 30 day extension of time to file the traverse and reply memorandum, from Monday, March 23, 2026 to and including Wednesday, April 22, 2026.

SO ORDERED.

Dated: March 13, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order Granting Extension Of Time To File Traverse And Reply Memorandum