Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MARIO JUNIOR GARCIA

United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse (Sacramento)

MARIO JUNIOR GARCIA,

           Petitioner,

    vs.

CHANCE ANDRES, Warden, San Quentin
Rehabilitation Center, San Quentin,
California,

         *Respondent,*

No. 2:25-cv-3314-DMC-P

ORDER GRANTING EXTENSION OF TIME TO
FILE TRAVERSE AND REPLY MEMORANDUM

*(Unopposed)*

Good cause appearing, and the motion being unopposed, this Court grants petitioner a 30-day extension of time to file the traverse and reply memorandum, from Wednesday, April 22, 2026, to and including Friday, May 22, 2026.

Dated:  April 21, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE