**United States District Court**
**Eastern District of California**

MARIO JUNIOR GARCIA,

              Petitioner,

    vs.

CHANCE ANDRES, Warden, San Quentin
Rehabilitation Center, San Quentin,
California,

           *Respondent,*

PEOPLE OF THE STATE OF CALIFORNIA,

           *Real Party in Interest.*

No. 2:25-cv-3314-DMC

ORDER GRANTING EXTENSION OF TIME TO
FILE TRAVERSE AND REPLY MEMORANDUM

*(Unopposed)*

Good cause appearing, and the motion being unopposed, this Court grants Petitioner a 31-day extension of time to file the traverse and reply memorandum, from Friday, May 22, 2026, to and including Monday, June 22, 2026.

Dated:  June 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE