Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
MARIO JUNIOR GARCIA

United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse (Sacramento)

|  |  |
|---|---|
| MARIO JUNIOR GARCIA,<br><br>            Petitioner,<br>       vs.<br><br>CHANCE ANDRES, Warden, San Quentin Rehabilitation Center, San Quentin, California,<br><br>            *Respondent,*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>            *Real Party in Interest.* | No. 2:25-cv-03314-DMC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>*(Unopposed)* |

**PROPOSED ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and the motion being unopposed, this court grants petitioner a 30-day extension of time to file the traverse and reply memorandum, from Monday, June 22, 2026, to and including Wednesday, July 22, 2026.

Dated:  June 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Order Granting Extension of Time To File Traverse And Reply Memorandum